**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              Case No. 8:22-cr-431-SDM-NHA

DYLAN JOSEPH THIBODEAU

_____/

**THIRD PARTY CUSTODIAN ORDER**

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above-named Defendant is placed in the custody of:

(NAME) _____Rose and Wayne Thibodeau_____
(ADDRESS) _5393 Swaying Palm dr  Punta sorda, Fl. 33982_
(TELEPHONE NUMBER) _941-822-1523_
_941-276-6068_

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_Rose Thibodeau_                              _Ellen Smith_
Signature of Custodian –

**Acknowledgment by Defendant**

I, **DYLAN JOSEPH THIBODEAU** understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition or   fail to appear as required.  I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

_____
Signature of Defendant

_____
Address

_____
Telephone Number

**RELEASE ORDERED:**

_Amanda Sansone_
AMANDA A. SANSONE
UNITED STATES MAGISTRATE JUDGE

Dated: _____September 19, 2025_____